UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | No. 2:17-cv-1171-JAM-EFB P<br><br><br><br>ORDER |

　　On December 20, 2017, this habeas case was closed and judgment was duly entered. ECF Nos. 14 & 15. Since then, petitioner has filed several documents with the court, most recently, a filing entitled "Request for Ruling and Decisions, Live System," and "Motion for Counsel." ECF No. 21. The court takes no action on petitioner's filings as this case is now closed. Petitioner is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

　　So ordered.

Dated: January 18, 2019.

　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE